UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DISH NETWORK, L.L.C., ET AL.,**

  Plaintiffs,

v.                                                                 No. 4:23-cv-01136-P

**JOHN GWAKA MAGEMBE, ET AL.,**

  Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order Granting Plaintiff's Motion for Default Judgment (ECF No. 24):

It is **ORDERED, ADJUDGED, and DECREED** that default judgment is entered against Defendant John Gwaka Magembe. Plaintiff is entitled to recover all judgment amounts outlined in the Court's Order. *See* ECF No. 24.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **26th day of April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE