IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Ft. Worth DIVISION

(Name All Plaintiffs and Defendants)

DISH NETWORK L.L.C., and
SLING TV L.L.C.,

vs.

JOHN GWAKA MAGEMBE, individually and
collectively d/b/a
BEAST TV and CHANNELS4CHEAP

CIVIL NUMBER   4:23-cv-01136-P

Complete the following if judgment
was rendered in another District:

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 26th day of April, 2024, in favor of DISH Network L.L.C. and Sling TV L.L.C. against John Gwaka Magembe

in the sum of $ $30,055,000.00 with interest at the rate of 5.17 per cent per annum from the 26th day of April, 2024.

Costs have been taxed by the Clerk of Court in the sum of $_____.

Credits reflected by returns on execution in the sum of $_____.

The address of the defendant shown in this suit in which said judgment was rendered: 3816 Roseland Avenue, Apt. A200, Dallas, TX 75204 or nature of citation and date and place citation served:
_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this _30th_ day of __May_, 2024__.

KAREN MITCHELL, CLERK

By ___s/ S. Cameron___
Deputy Clerk